UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| ADIB AHMED, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | Civil Action No. 25-1351 (RBW) |
| KRISTI NOEM, | ) | |
| In her official capacity as | ) | |
| Secretary of the United States | ) | |
| Department of Homeland Security, et al. | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**ORDER**

In accordance with the oral rulings issued by the Court during the motion hearing held on May 9, 2025, in response to the Plaintiff['s] Application for a Temporary Restraining Order or Alternatively for Preliminary Injunction, ECF No. 4, it is hereby

**ORDERED** that the Plaintiff['s] Application for a Temporary Restraining Order or Alternatively for Preliminary Injunction, ECF No. 4, is **GRANTED IN PART AND DENIED IN PART**. The request for the Temporary Restraining Order is **GRANTED** to the extent outlined in this Order, and in accordance with the oral rulings issued by the Court at the May 9, 2025, motion hearing. The request for a preliminary injunction is **HELD IN ABEYANCE**, and the motion is **DENIED** in all other respects. The Court agrees with the defendants that it lacks jurisdiction over any matters related to the plaintiff's removal from the United States;[1] however, for the reasons articulated by the Court during the May 9, 2025, motion hearing, the Court

---

[1] Consistent with this reasoning, the Court concludes that it cannot restrain the defendants from detaining the plaintiff in conjunction with his pending removal proceeding, as the Court lacks jurisdiction over any matters related to that process. See 8 U.S.C. § 1252.

concludes that the defendants' removal of the plaintiff from the Student and Exchange Visitor Information System ("SEVIS") system cannot reasonably be considered as part of the proceeding regarding his removal from the United States.  In other words, although the defendants have initiated removal proceedings against the plaintiff, the plaintiff still has the right to challenge his removal before an Administrative Judge.  And, unless and until the Administrative Judge actually rejects the plaintiff's challenge to his removal and orders that he be removed from the United States, the Court concludes that it has jurisdiction to consider whether the defendants legally terminated the plaintiff's record in the SEVIS system.  Therefore, because the plaintiff has not yet been ordered removed from the United States, the Court concludes that his removal from the SEVIS system was likely premature.  Accordingly, the Court concludes that the defendants shall reinstate the plaintiff's SEVIS record and shall not again remove him from the system unless and until he is ordered removed from the United States by an Administrative Judge or as otherwise ordered by the Court.  It is further

**ORDERED** that the defendants shall forthwith reinstate the plaintiff's record in the SEVIS system to "active" status until the preliminary injunction hearing scheduled for May 23, 2025.[2]  It is further

**ORDERED** that, on or before May 14, 2025, the plaintiff shall file a supplement to his motion for a preliminary injunction, should he wish to do so.  It is further

**ORDERED** that, on or before May 19, 2025, the defendants shall file their supplemental opposition to the plaintiff's supplemental motion for a preliminary injunction.  It is further

---

[2] Should the defendants anticipate any delay in formally reinstating the plaintiff's SEVIS record to "active" status, the defendants shall file notice, on or before May 12, 2025, confirming that they have at least commenced the reinstatement process and clarifying that the plaintiff's educational institution and employers are authorized to treat the plaintiff as though he had an "active" SEVIS record until the defendants can officially reinstate the record to "active status.

**ORDERED** that, on or before May 21, 2025, the plaintiff shall file his supplemental reply in support of his supplemental motion for a preliminary injunction. It is further

**ORDERED** that, on May 23, 2025, at 10:00 a.m., the parties shall appear before the Court for a motion hearing on the plaintiff's motion for a preliminary injunction. The parties shall appear before the Court via teleconference by calling 646-828-7666, entering the Meeting ID 161 591 8885 followed by the pound key (#), and then entering the Passcode 984979 followed by the pound key (#).

**SO ORDERED** this 10th day of May, 2025.

REGGIE B. WALTON  
United States District Judge

.